IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| VB BTS II, LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>LAKE COUNTY, MONTANA, and THE LAKE COUNTY MONTANA BOARD OF ADJUSTMENT,<br><br>               Defendants. | CV 23-91-M-KLD<br><br><br>ORDER |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties have filed a joint Stipulation of Dismissal without Prejudice. (Doc. 18). The parties request that this Court dismiss the above-captioned matter without prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE, with each party to bear its owns costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 22nd day of May, 2024.

                                                                Kathleen L. DeSoto
                                                                 United States Magistrate Judge